1  Gordon M. Park, # 072190                              (SPACE BELOW FOR FILING STAMP ONLY)
   Leslie A. Soley, # 234181
2  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:     (559) 433-1300
5  Facsimile:     (559) 433-2300

6  Attorneys for Defendant
   HARTFORD CASUALTY INSURANCE
7  COMPANY, erroneously sued as HARTFORD
   CASUALTY COMPANY
8

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12 | AMCO INSURANCE COMPANY,              | Case No.  1:05-CV-00260 REC-SMS
13 |              Plaintiff,               | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**
14 |       v.                              |
15 | HARTFORD CASUALTY COMPANY, a          |
   | Corporation; DOES 1 through 100,      |
16 | inclusive,                            |
17 |              Defendant.               |

18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION OF DISMISSAL 1:05-CV-00260 REC-SMS

1  IT IS HEREBY STIPULATED, by and between Plaintiff, AMCO INSURANCE
2  COMPANY, by and through its attorney of record, Alexander Gelman of the Gelman Law Group,
3  and Defendant, HARTFORD CASUALTY INSURANCE COMPANY, erroneously sued as
4  HARTFORD CASUALTY COMPANY, by and through its attorney of record, Gordon M. Park
5  of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, that the above-captioned action be
6  and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: June 25, 2005                                      McCORMICK, BARSTOW, SHEPPARD
                                                          WAYTE & CARRUTH LLP


                                                          By: /s/  Gordon M. Park
                                                          Gordon M. Park
                                                          Leslie A. Soley
                                                          Attorneys for Defendant
                                                          HARTFORD CASUALTY INSURANCE
                                                          COMPANY, erroneously sued as
                                                          HARTFORD CASUALTY COMPANY

Dated: July 18, 2005                                      GELMAN LAW GROUP


                                                          By: /s/  Alexander M. Gelman
                                                          Alexander M. Gelman
                                                          Attorneys for Plaintiff
                                                          AMCO INSURANCE COMPANY


**ORDER**

Upon agreement and stipulation of the parties and good cause shown, IT IS SO ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).


Dated: July _25____, 2005                                 /s/ ROBERT E. COYLE
                                                          United States District Court Judge


34872/00407-834589.v1

2

STIPULATION OF DISMISSAL 1:05-CV-00260 REC-SMS

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

PDF created with pdfFactory trial version www.pdffactory.com